**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                               (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy* 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ejecutivos de Turismo Sustentable, S.A. de C.V. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

N/A

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

ETS181205CA4 (Registro Federal de Contribuyentes [RFC])

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Av. Banco Chinchorro Esquina | |
| Number     Street | Number      Street |
| Acanceh MZA 1, LT 8 SM 13 | |
| | P.O. Box |
| Cancun, Quintana Roo, México C.P. 77504 | |
| City                     State        ZIP Code | City                   State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| N/A | |
| County | Number      Street |
| | |
| | City                   State       ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://thedolphinco.com |

*This petition has been prepared in accordance with currently available information and, if necessary, may be amended to the extent that new information becomes available.

Debtor    <u>Ejecutivos de Turismo Sustentable, S.A. de C.V</u>    Case number *(if known)*_____
       Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>7</u>   <u>1</u>   <u>3</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                    MM / DD / YYYY

          District _____   When _____   Case number _____
                                    MM / DD / YYYY

Debtor    <u>Ejecutivos de Turismo Sustentable, S.A. de C.V.</u>        Case number *(if known)* _____
             Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor   <u>See attached Schedule 1</u>       Relationship _____

District _____    When _____
                                                    MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other <u>See First Day Declaration</u>

**Where is the property?** _____
                 Number       Street

_____

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Ejecutivos de Turismo Sustentable, S.A. de C.V
_____
Name

Case number (if known)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/31/2025
MM / DD / YYYY

✗ /s/ Steven Robert Strom
_____
Signature of authorized representative of debtor

Title    Authorized Person
_____

Steven Robert Strom
_____
Printed name

**18. Signature of attorney**

✗ /s/ Robert S. Brady
_____
Signature of attorney for debtor

Date    03/31/2025
MM / DD / YYYY

Robert S. Brady
_____
Printed name

Young Conway Stargatt & Taylor LLP
_____
Firm name

1000 North King Street
_____
Number    Street

Wilmington
_____
City

DE
State

19801
ZIP Code

302.571.6600
_____
Contact phone

rbrady@ycst.com
_____
Email address

2847
_____
Bar number

DE
_____
State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
|---|
| Aqua Tours, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético S.A. de C.V. |

 

Marco Antonio Vaca Vélez
Notaría 142 CDMX



PROTOCOLO ORDINARIO------------------------MAVV/MLM/SAVR. --
LIBRO SETECIENTOS SESENTA Y TRES. ----------------------------
**TREINTA Y TRES MIL QUINIENTOS CINCUENTA Y OCHO.** --------------
EN LA CIUDAD DE MÉXICO, a veintiocho de marzo de dos mil
veinticinco. --------------------------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, plenamente identificado como Notario en
este acto, hago constar: --------------------------------------
**A.- LA REMOCIÓN DE MIEMBROS DEL CONSEJO DE ADMINISTRACIÓN;** --
**B.- EL NOMBRAMIENTO DE ADMINISTRADOR ÚNICO;** ----------------
**C.- LA REVOCACIÓN DE PODERES;** y ----------------------------
**D.- EL OTORGAMIENTO DE PODERES** de **"EJECUTIVOS DE TURISMO
SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** que
resultan de la protocolización del acta de las resoluciones
unánimes adoptadas fuera de asamblea, que realizo a solicitud
de la señora MA. EUGENIA SOBERANIS PÉREZ, al tenor de los
siguientes antecedentes y cláusulas: -------------------------
- -------------------------------------------------------------
--------------------**A N T E C E D E N T E S** ------------------
- -------------------------------------------------------------
--- La compareciente acredita la legal constitución y
existencia de la sociedad, así como la validez y eficacia de
los acuerdos que más adelante se protocolizan, con los
documentos que a continuación se relacionan, manifestando
bajo protesta de decir verdad, advertida de las penas en que
incurre quien declara con falsedad ante Notario, que la
sociedad no ha sufrido modificación alguna distinta de las
siguientes: --------------------------------------------------
- -------------------------------------------------------------
--- **I.- CONSTITUCIÓN.** ---------------------------------------
--- Por escritura sesenta y dos mil quinientos ochenta y ocho, de
fecha cinco de diciembre de dos mil dieciocho, ante el licenciado
Marco Antonio Sánchez Vales, Notario tres del Estado de Quintana
Roo, cuyo primer testimonio quedó inscrito en el Registro Público



- 2 -

33,558

de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil número "N" guion dos cero uno nueve cero cero dos siete cinco siete**, se constituyó **"EJECUTIVOS DE TURISMO SUSTENTABLE"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, con domicilio en Cancún, Estado de Quintana Roo, duración de cincuenta años, capital social mínimo fijo de diez mil pesos, moneda nacional y máximo ilimitado, con cláusula de admisión de extranjeros y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente.------------------------------------------------

"...*CUARTA. - OBJETO SOCIAL. - La sociedad tendrá por objeto social, de manera enunciativa pero no limitativa, el siguiente: --*
*a) Prestación por sí o a través de terceros, de servicios de soporte en operaciones especializadas para la realización de trabajos, relacionados con la operación de instalaciones para la interacción con mamíferos marinos y animales en general, centros de recreación turística, marinas, clubes de yates, centros recreativos, actividades acuáticas, centros de entretenimiento, operación de embarcaciones de terceros, dentro de la República Mexicana e incluso en el extranjero. ----------------------------*
*b) Dentro de su objeto social la sociedad podrá proveer o contratar a terceros para proveer capacitación y adiestramiento a su personal, así como al personal de cualquier tercero que contrate para la correcta prestación de los servicios que proporcione. -------------------------------------------------*
*c) El uso, adquisición, arrendamiento comercialización, y distribución de equipo y artículos para la correcta consecución de su objeto social. ------------------------------------------*
*d) La contratación de terceros para la prestación de servicios de operación que proporcione. --------------------------------*
*e) La compra, venta, corretaje, permuta, adquisición, arrendamiento, comodato, de lotes, casas, edificios, viviendas, o edificaciones de cualquier naturaleza incluyendo oficinas y bodegas para la realización de los fines anteriores. -------------*




- 3 -
33,558

*f) La realización de toda clase de actos de publicidad y propaganda oral, escrita o visual, videos, discos, películas, folletos, revistas y por lodos los medios de difusión conocidos para llevar a cabo los demás objetos señalados. ------------------*



*g) Registrar marcas, nombres o avisos comerciales, patentes, modelos de utilidad, explotar en concesión nombres o avisos comerciales, así como marcas, pudiendo a su vez otorgar licencias para la explotación de su propiedad intelectual. ---------------*

*h) Celebrar toda clase de operaciones de crédito y de emisión de títulos de crédito, requeridos para la realización de los objetos sociales. -----------------------------------------------------*

*i) La celebración de toda clase de actos y contratos de naturaleza mercantil o civil, que sean permitidos por la ley para la consecución de sus fines sociales, inclusive de crédito y fideicomiso, otorgar avales y garantías a favor de terceros. -----*

*j) La importación, exportación, reexportación, comercio en general de productos, bienes, equipos, maquinaria y herramientas relacionadas con el cumplimiento del objeto social. --------------*

*k) Obtener de cualquier institución de crédito o de terceros los financiamientos necesarios para el cumplimiento de los propósitos a que se refiere el objeto social. -----------------------------*

*i) Recibir y otorgar préstamos con o sin garantía fungiendo como fiador y otorgar fianzas, avales o hipotecas relacionadas con los fines de la sociedad e incluso otorgarlos a favor de los propios accionistas y/o terceros. ---------------------------------------*

*m) La adquisición, enajenación, y en general la negociación con todo tipo de acciones, partes sociales, y de cualquier título valor permitido por la ley. -------------------------------------*

*n) Contratar todo tipo de crédito, aceptar, otorgar, girar, emitir, endosar, avalar, cobrar, protestar, y en general, efectuar cualquier otro acto relacionado con los derechos y obligaciones que se deriven en toda clase de títulos y documentos de crédito, así como otorgar fianzas y obligaciones solidarias a*



- 4 -
33,558

favor de terceras personas, ya sean físicas o morales; de igual forma podrá establecer agencias o sucursales en cualquier parte de la República Mexicana o en el extranjero. --------------------

ñ) En general, participar en todos los demás actos de comercio dentro del país y comercio exterior en todo el mundo a que pueda dedicarse legítimamente en términos del Código de Comercio y de la Ley General de Sociedades Mercantiles vigente en el país. -...

... DÉCIMA TERCERA. - Las resoluciones tomadas fuera de asamblea, por unanimidad de los accionistas que representen la totalidad del capital social, tendrán para todos los efectos legales la misma validez que si hubieren sido adoptadas en asamblea general, siempre y cuando se confirme por escrito y sea debidamente firmada el acta por todos los socios. -... ----------------------

...VIGÉSIMA QUINTA. - LA ADMINISTRACIÓN. - La administración de la sociedad será encomendada a un Administrador Único o a un Consejo de Administración según así lo acuerde la Asamblea Ordinaria de Accionistas. Las personas serán nombradas por la propia asamblea quien fijará sus atribuciones, facultades y poderes, así como sus emolumentos.-... --------------------------

...VIGÉSIMA OCTAVA.- El Administrador Único o el Consejo de Administración tendrá las más amplias facultades reconocidas por la ley para un mandatario general, pudiendo celebrar todo tipo de actos y contratas así como realizar y dirigir los negocios de la sociedad en los términos del artículo Diez de la Ley General de Sociedades Mercantiles, gozando para ello de un Poder General Amplísimo para Pleitas y Cobranzas, Actos de Administración y de Riguroso Dominio can todas las facultades generales y Las especiales que conforme a la ley requieran cláusula especial, en los términos de los artículos dos mil ochocientos diez y dos mil ochocientas cuarenta y tres del Código Civil del Estado de Quintana Roo y sus correlativos en los diversos Códigos de la República Mexicana. ----------------------------------------------

Trascripción del articulo Dos Mil Ochocientos Diez del Código

 

- 5 -
33,558



Civil del Estado de Quintana Roo: "En todos los poderes generales para pleitos y cobranzas bastará que se digan que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley para que se entiendan conferidos sin limitación alguna. En los poderes generales para administrar bienes, bastará que se digan que se otorgan con ese carácter para que el apoderado tenga toda clase de facultades administrativas. En los poderes generales para ejercer actos de dominio, con la sola excepción de la donación que en este Código es un negocio personalísimo para el donante y por la tanto no admite la representación en cuanto a este, bastará que se diga que dichos poderes generales se dan con ese carácter para que el apoderado tenga toda clase de facultades de dueño, tanto en lo relativa a los bienes cono para hacer toda clase de gestiones a fin de defenderlos. Cuando se quieran limitar en los tres casos antes mencionados las facultades de los apoderados, se consignarán las Limitaciones o 5e otorgarán al respecto poderes especiales. Los notarios insertarán este artículo en los testimonios de los poderes que ante ellos se otorguen. Lo mismo harán al calce del poder y antes de las firmas de las ratificaciones si es que en el texto del documento no lo hubieran insertado los interesados, los funcionarios ante quienes los otorgantes y los testigos ratifiquen sus firmas de conformidad con la fracción I1 del articulo 2807 en relación can el 218 y al 2011. Sin esta inserción, los aludidos testimonios y las mencionadas ratificaciones carecerán de todo efecto legal". ------ De manera enunciativa pero no limitativa, el Administrador Único o el Consejo de Administración según sea el caso, gozará del uso de la firma social quedando expresamente facultado para suscribir títulos de crédito, solicitar su protesto, endosar, avalar y en general realizar toda clase de actos y operaciones de crédito en los términos del artículo Noveno de la General de Títulos y Operaciones de Crédito; tendrá las facultades para otorgar y



revocar poderes generales o especiales sin menoscabo de sus facultades; igualmente queda facultado para presentar denuncias y querellas y desistirse de ellas en los casos en que proceda; para constituirse como coadyuvante del Ministerio Público para el efecto de la reparación del daño; para articular y absolver posiciones; presentar testigos y tachar a los que presentare la contraparte; para transigir y comprometer en árbitros y arbitradores; para tener la representación laboral conforme las artículos once, cuarenta y seis, cuarenta y siete, ciento treinta y cuatro fracción tercera, quinientos seis, ochocientos setenta y ocho, ochocientas ochenta, ochocientos ochenta y tres y ochocientos ochenta y cuatro de la Ley Federal del Trabajo; de igual manera se le confiere la representación patronal de la sociedad para actuar ante o frente a los sindicatos con Los cuales tenga celebrado contratos colectivos de trabajo, así como para celebrar y rescindir contratos individuales de trabajo; para comparecer ante las Juntas de Conciliación y Arbitraje, ya sean locales o federales, llevando la representación patronal para acreditar personalidad y capacidad en juicio o fuera de el, en los términos del artículo seiscientos noventa y dos fracción 11 y III; podrá comparecer al desahogo de las pruebas testimoniales y confesionales en los términos del artículo setecientos ochenta y siete y setecientos ochenta y ocho de la Ley Federal del Trabajo, con facultades para señalar domicilios convencionales para oír y recibir notificaciones en los términos del artículo ochocientos setenta y seis; para comparecer, con la representación patronal bastante y suficiente, a la audiencia a que se refiere el artículo ochocientos setenta y tres, ochocientos setenta y cinco, ochocientos setenta y seis, ochocientos setenta y siete y ochocientos setenta y ocho de la Ley Federal del Trabajo, en sus tres fases de conciliación, demanda y excepciones y de ofrecimiento y admisión de pruebas, gozando de las facultades de celebrar todo tipo de convenios, transacciones, finiquitos. De la




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 7 -
33,558

misma tarda, el Administrador Único o el Consejo de Administración queda facultado para solicitar y desistirse del Juicio Constitucional de Amparo, designar a apoderados para la tramitación el juicio Constitucional; para otorgar y revocar poderes generales o especiales sin menoscabo de sus facultades; para abrir y cerrar, depositar, retirar y girar en cuentas de cheques e inversiones en toda clases de instituciones bancarias y de seguros, designando a las personas que podrán firmar en dichas cuentas; para concurrir ante toda clase de autoridades fiscales sean federales, estatales a municipales en cualquiera de sus dependencias oficiales; para tramitar y obtener el Registro Federal de Contribuyentes; para dar aumento o disminución de obligaciones fiscales, así como la firma electrónica de la Sociedad ante la Secretaría de Hacienda y Crédito Púbico; para presentar y recibir toda clase de documentos ante la Secretaría de Hacienda y Crédito Público, la Secretaría de Hacienda del Estado de Quintana Roo y la Tesorería en cualesquiera de los Municipios del Estado de Quintana Roo; para presentar toda clase de escritos, recursas, inconformidades, demandas y juicios de nulidad ante el Tribunal Federal de Justicia Fiscal y Administrativo, llevando en todas sus instancias las procesos en los cuales sean parte o tercera la Sociedad y de la manera más amplia, representar a la sociedad ante toda clase de autoridades y personas físicas o morales nacionales o extranjeras.-...". -----
------------------------------------------------------------------
--- **II.- <u>REFORMA DE ESTATUTOS SOCIALES.</u>** -------------------------
--- Por instrumento cinco mil ciento ochenta, de fecha trece de mayo de dos mil veintidós, ante la licenciada Ivonne Lemus Arellano, Notaria sesenta y cuatro del Estado de Quintana Roo, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil número "N" guion dos cero uno nueve cero cero dos siete cinco siete,** se hizo constar la protocolización del acta de Asamblea




- 8 -
33,558

General Extraordinaria de Accionistas, en la cual se acordó, entre otros, la reforma a la cláusula sexta de los estatutos sociales, para quedar redactada como en dicho instrumento se especificó, relativa a las clases y series de acciones en que se divide el capital social.--------------------------------------
- ----------------------------------------------------------------

--- **III.- <u>DECLARACIONES PREVIAS</u>.** ----------------------------
--- Declara la compareciente, bajo protesta de decir verdad, advertido de las penas en que incurre quien declara con falsedad ante Notario: --------------------------------------
--- i) Que las firmas que aparecen en el acta que se protocoliza y sus anexos corresponden a quienes se les atribuye haberlas estampado en la misma; --------------------
--- ii) Que el acta que se protocoliza refleja la situación vigente de la sociedad, al momento de tomarse los acuerdos respectivos, especialmente por lo que se refiere a la integridad del capital social representado y la identidad de los accionistas, habiendo cumplido las formalidades requeridas para su modificación, en su caso; -----------------
--- iii) Que en el caso de los accionistas que confirmaron por escrito las resoluciones unánimes que en este instrumento se protocolizan, a través de representante, en su caso, dicho representante no es miembro del órgano de administración ni vigilancia de la sociedad; y --------------------------------
--- iv) Que el otorgamiento de poderes contenido en el acta que se protocoliza no se realiza en favor de miembros del órgano de vigilancia de la sociedad. -------------------------
- ----------------------------------------------------------------

--- **IV.- <u>ACTA QUE SE PROTOCOLIZA</u>.** ----------------------------
--- Declara la compareciente que la totalidad de los accionistas de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** adoptaron diversas resoluciones unánimes fuera de Asamblea, mismas que fueron confirmadas en





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 9 -
33,558

el acta que me exhibe escrita a dos columnas, una en idioma español y otra en idioma extranjero, siendo una traducción de la otra, respectivamente, según declara el compareciente, misma en unión de su respectivo anexo, que agrego al apéndice con el número **"UNO"**, respecto de la que certifico no tengo indicio de falsedad y que me pide protocolice, siendo dicha acta, por lo que se refiere a la columna redactada en idioma español, del tenor literal siguiente: ----------------------



------------------------------------------------------------

--------------*"RESOLUCIONES UNÁNIMES ADOPTADAS* ------------

------------ *FUERA DE ASAMBLEA DE ACCIONISTAS DE* ----------

------------ *EJECUTIVOS DE TURISMO SUSTENTABLE,* -----------

------------------------*S.A. DE C.V.* ----------------------

------------------------------------------------------------

-------------------*28 de marzo de 2025* --------------------

------------------------------------------------------------

*Las presentes Resoluciones Unánimes adoptadas fuera de Asamblea por la totalidad de los accionistas de Ejecutivos de Turismo Sustentable, S.A. de C.V. (la "Sociedad"), se realizan de conformidad con lo establecido en la Ley General de Sociedades Mercantiles y de la Cláusula Décima Tercera de los estatutos sociales de la Sociedad, por lo que las mismas tendrán, para todos los efectos a que haya lugar, la misma validez que si hubieran sido adoptadas reunidos en Asamblea General de Accionistas, ya que dichos acuerdos se han aprobado por escrito, de conformidad con lo establecido en los estatutos sociales de la Sociedad y la legislación aplicable.* ------------------------------------------------

------------------------------------------------------------

----------------------- *ANTECEDENTES* ----------------------

------------------------------------------------------------

*(i) Con fecha 8 de octubre de 2015, Controladora Dolphin, S.A. de C.V. ("Controladora"), Promotora Garrafón, S.A. de*



C.V. ("Promotora") y Dolphin Capital Company, S. de R.L. de C.V. ("Dolphin Capital"), como fideicomitentes, CIBanco, S.A., Institución de Banca Múltiple (el "Fiduciario"), como fiduciario, y Wilmington Trust, National Association ("Wilmington"), como fideicomisario en primer lugar, con la comparecencia de Aqua Tours, S.A. de C.V. ("Aqua Tours") y Viajero Cibernético, S.A. de C.V. ("Viajero"), junto con las demás sociedades que de tiempo en tiempo se adhieran al mismo en el carácter que allí se indique, celebraron el Contrato de Fideicomiso Irrevocable de Garantía número CIB/2380 (según el mismo fue modificado y/o reexpresado con fecha 5 de abril de 2019, con fecha 2 de octubre de 2019, con fecha 6 de julio de 2020, y con fecha 27 de junio de 2022, el "Contrato de Fideicomiso"), por virtud del cual, entre otros, Triton Investments Holdings, LLC ("Triton Investments") aportó de manera irrevocable, la propiedad y titularidad de 99 (noventa y nueve) acciones Serie "A", ordinarias, nominativas, con valor nominal de $100.00 (cien pesos 00/100 M.N.) cada una, representativas de la parte fija del capital social de la Sociedad , y que forman parte de la totalidad del capital social suscrito y pagado de la Sociedad, representativas del 99% de la Sociedad, a efecto de garantizar el puntual y debido cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, por vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas Senior y las Obligaciones Garantizadas Subordinadas (según dichos términos se definen en el Contrato de Fideicomiso). ------------------------------
----------------------------------------------------------------

(ii) Con fecha 8 de abril de 2019, Controladora, en su carácter de emisor (issuer), Dolphin Capital, como controladora garante (parent guarantor), ciertas subsidiarias de Controladora como garantes y Wilmington en su carácter de




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 11 -
33,558

agente de garantías (collateral agent), celebraron un contrato de compra de valores mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, adquirieron las Notas Existentes (según  dicho término se define en el Contrato de Compraventa Original) emitidas por la Sociedad por la cantidad de EU$100,000,000.00 (cien millones de Dólares 00/100) (el "Contrato de Compra de Valores Original"). --------------------- -------------------------------------------------------------

(iii) Con fecha 8 de junio de 2020, las partes del Contrato de Compra de Valores Original celebraron un Primer Contrato de Compra de Valores Modificado y Reexpresado, mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, se obligaron a adquirir Nuevas Notas (new notes) (según dicho término se define en el Primer Contrato de Compra de Valores Modificado y Reexpresado) hasta por la cantidad de EU$8,000,000.00 (ocho millones de Dólares 00/100) (según el mismo fue modificado con fecha 24 de junio de 2021 y 1 de abril de 2022, el "Primer Contrato de Compra de Valores Modificado y Reexpresado"). ------------------------------------------ -------------------------------------------------------------

(iv) Con fecha 27 de junio de 2022, Leisure Investments Holdings LLC ("LIH"), como deudor prendario, y Wilmington, en su carácter de Agente de Garantías Mexicano en nombre y para beneficio de las Partes Garantizadas, como acreedor prendario, con la comparecencia de la Sociedad, celebraron un Contrato de Prenda Sobre Acciones (según el mismo sea modificado, re-expresado, adicionado o de cualquier otra forma reformado de tiempo en tiempo, el "Contrato de Prenda"), por virtud del cual LIH dio en prenda 1 (una) acción Serie "A", ordinaria, nominativa, con valor nominal de $100.00 (cien pesos 00/100 M.N.), representativa de la parte



- 12 -
33,558

fija del capital social de la Sociedad de la que es titular, representativa del 1% del capital social de la Sociedad (las "Acción Pignorada"), a efecto de garantizar de manera incondicional e irrevocable el debido y puntual cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, su fecha de vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas (según dicho término se define en el Contrato de Prenda). -------------------------------------
-------------------------------------------------------------

(v) Con fecha 27 de junio de 2022, las partes del Contrato de Compra de Valores Modificado y Reexpresado de manera conjunta con TDC Leisure Holdings LLC ("TDC Leisure"), en su carácter de controlador final (ultimate parent), y LIH, una limited liability company constituida y válidamente existente de conformidad con las leyes del Estado de Delaware, celebraron un segundo Contrato de Compra de Valores Original (conjuntamente con el Contrato de Compra de Valores Original, el Primer Contrato de Compra de Valores Modificado y Reexpresado, y según el mismo sea adicionalmente reformado, adicionado o de cualquier otra manera modificado de tiempo, el "Contrato de Compra de Valores Modificado y Reexpresado").
-------------------------------------------------------------

(vi) Con fecha 27 de junio de 2022, Triton Investments, en su carácter de emisor (issuer), TDC Leisure, en su carácter de garante controlador (ultimate guarantor), LIH, en su carácter de garante intermedio (intermediate parent), Controladora, Dolphin Capital, entre otros, en su carácter de subsidiarias garantes (subsidiary guarantors) y Wilmington Trust, National Association, en su carácter de agente de garantías (collateral agent), celebraron cierto contrato de compra de valores y de garantía subordinado (second-lien note purchase and guarantee agreement) (el "Contrato de Compra de Valores




- 13 -
33,558

Subordinado"). ------------------------------------------------



(vii) Con anterioridad a este acto, Triton Investments, como fideicomitente y de conformidad con los términos del Contrato de Fideicomiso, notificó al Fiduciario la celebración de las presentes Resoluciones y el ejercicio de los Derechos de Voto (según dicho término se define en el Contrato de Fideicomiso). -------------------------------------------------

(viii) Con anterioridad a este acto, Wilmington, como acreedor prendario y en términos de lo dispuesto por el Contrato de Prenda, entregó al Secretario del Consejo de Administración de la Sociedad un Aviso de Incumplimiento por virtud del cual certificó la ocurrencia de un Evento de Incumplimiento. En virtud de lo anterior, a partir de dicha fecha, Wilmington quedó facultado para ejercer los derechos de voto de las Acciones Pignoradas, y demás derechos y facultades que LIH tenga derecho de ejercer de conformidad con las disposiciones del Contrato de Prenda. ----------------
-----------------------------------------------------------

En consideración de las comunicaciones y la información intercambiada entre los accionistas de la Sociedad, éstos adoptan por unanimidad las siguientes resoluciones con efectos a partir de la fecha arriba indicada: ----------------
-----------------------------------------------------------
----------------------- RESOLUCIONES -----------------------
-----------------------------------------------------------

PRIMERA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a la totalidad de los miembros del Consejo de Administración de la Sociedad, y nombrar al Sr. Steven Robert Strom como Administrador Único de la Sociedad. ------------------------------------------------
-----------------------------------------------------------

Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan



- 14 -
33,558

expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Martin Flores Merino respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como miembros del Consejo de Administración de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente, de conformidad con lo dispuesto por el Articulo 161 de la Ley General de Sociedades Mercantiles y demás disposiciones aplicables. ------------------------------

SEGUNDA. En este acto se aprueba revocar todos y cada uno de los poderes otorgados por la Sociedad con anterioridad a esta fecha en favor de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Martin Flores Merino. ----------
--------------------------------------------------------------

Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Martin Flores Merino respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como apoderados de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente. -------
--------------------------------------------------------------

TERCERA. Se resuelve autorizar al Administrador Unico y/o a los apoderados de la Sociedad con facultad para pleitos y

 

Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 15 -
33,558



cobranzas en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México, para realizar los actos necesarios para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América. Considerando la situación de insolvencia de la Sociedad, para todos los efectos legales a que haya lugar, la resolución aquí contenida constituye la intención indubitable de los accionistas para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o la declaración de concurso mercantil de la Sociedad. ------------------------------------------------------
---------------------------------------------------------------

CUARTA. Se resuelve en este acto otorgar en favor de los Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual: ---------
(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. --------
En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: ----------------------------
1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil. -----------------------------



- 16 -
33,558

*2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares -------------*

*3. Para transigir. -----------------------------------------*

*4. Para comprometer en árbitros. ----------------------------*

*5. Para absolver y articular posiciones. --------------------*

*6. Para recusar. -------------------------------------------*

*7. Para recibir pagos. --------------------------------------*

*8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. ------------*

*(ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México. -----------*

*(iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México -------------------------*

*(iv) Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito. ----*

*(v) Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros. --------*

*Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente. --------------------*

*Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. ----------------------------*

*- ----------------------------------------------------------*




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 17 -
33,558

QUINTA. Se resuelve en este acto otorgar en favor de los Sres. Jaime Rene Guerra González, Jesús Armando Treviño Moyeda, Alfonso Peniche García, Román Salazar Castillo, Rogelio Héctor Palacios Beltrán, Carlo Braulio Reyes Escandón, Miguel Ángel Hernández Morales, Sebastian Ruanova Carbajal y Rodrigo Josué Gazcón Quintana, los poderes adelante mencionados a ser ejercidos, conjunta o individualmente -------------------------------------------

(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pero sin que comprenda la facultad de hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. --------------------------

En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: ----------------------------

1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero inclusive amparo o el concurso mercantil. -----------------------------------

2. Para transigir. ---------------------------------------

3. Para comprometer en árbitros. ---------------------------

4. Para absolver y articular posiciones. --------------------

5. Para recusar. ----------------------------------------

6. Para recibir pagos. ------------------------------------

7. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. ------------

SEXTA. Se resuelve, autorizar a los Sres. Raúl García Chávez y Ma. Eugenia Soberanis Pérez para que, actuando conjunta o separadamente, en nombre y representación de la Sociedad, en caso de ser necesario realicen los siguientes actos: (i) gestionen ante el Notario Público de su elección la



- 18 -
33,558

protocolización y ratificación de las presentes resoluciones; (ii) expidan las copias simples o certificadas de la presente acta, que en su integridad o en lo conducente, les fueren solicitadas; (iii) realicen, en general, todos los actos y trámites que sean necesarios para la formalización y ejecución de los acuerdos adoptados en las presentes *Resoluciones Unánimes*, incluidos aquellos ante cualquier dependencia gubernamental, incluyendo la *Secretaría de Economía*, teniendo la facultad para recibir cualquier tipo de documento e información relacionada con la Sociedad; y (iv) gestionen la inscripción de la escritura pública respectiva en el Registro Público de Comercio que corresponda. ------------ -----------------------------------------------------------

*SÉPTIMA.* Se resuelve, que estas resoluciones se pueden ejecutar en cualquier número de ejemplares, cada uno de los cuales, cuando se ejecuten y entreguen se considerará un original, pero todos los ejemplares juntos constituirán el mismo instrumento. ---------------------------------------- -----------------------------------------------------------

*OCTAVA.* Se resuelve, que las presentes resoluciones debidamente firmadas por la totalidad de los Accionistas de la Sociedad, (a) constituyen la confirmación a la que se refiere la Cláusula Cláusula (así) Décima Tercera de los estatutos sociales de la Sociedad, y (b) sean enviadas al Administrador Único de la Sociedad, quien deberá transcribir el texto en el libro de actas correspondiente y certificar que las resoluciones de accionistas de la Sociedad fueron adoptadas de conformidad con la citada Cláusula de los estatutos sociales. --------------------------------------- -----------------------------------------------------------

*NOVENA.* Se resuelve, que las presentes resoluciones se redactan en español y en inglés en el entendido que, en caso de cualquier discrepancia entre ambas versiones, la versión




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 19 -
33,558

en español será la que prevalecerá en todo momento. ----------
- --------------------------------------------------------------



EN TESTIMONIO DE LO CUAL, los abajo firmantes, siendo los
representantes autorizados de los accionistas de la Sociedad,
firman este documento con efectos desde la fecha mencionada
en la primera página, para evidenciar su consentimiento
unánime con las resoluciones aquí mencionadas. -------------
-------------------------------------------------------------
----------------- [SIGUEN HOJAS DE FIRMAS] -----------------
-------------------------------------------------------------

Página de firmas de las Resoluciones Unánimes Adoptadas Fuera
de Asamblea de Accionistas de EJECUTIVOS DE TURISMO
SUSTENTABLE, S.A. DE C.V. de fecha 28 de marzo de 2025. ------
-------------------------------------------------------------

CIBanco, S.A., Institución de Banca Múltiple, como fiduciario
del fideicomiso Irrevocable de Garantía número CIB/2380 ------
- --------------------------------------------------------------
--------------------Por [Firma ilegible] --------------------
----------------Nombre: Ma. Eugenia Soberanis Pérez ----------
-----------------Cargo: Representante Legal ------------------
-------------------------------------------------------------

[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA
DE ASAMBLEA DE ACCIONISTAS DE EJECUTIVOS DE TURISMO
SUSTENTABLE, S.A. DE C.V. -------------------------------------
 -------------------------------------------------------------

Página de firmas de las Resoluciones Unánimes Adoptadas Fuera
de Asamblea de Accionistas de EJECUTIVOS DE TURISMO
SUSTENTABLE, S.A. DE C.V. de fecha 28 de marzo de 2025. ------
- --------------------------------------------------------------
--------------- Leisure Investments Holdings LLC -------------
------------------ Por: [Firma ilegible] --------------------
----------------Nombre: Raúl García Chávez -------------------
en representación de Wilmington Trust, National Association,



- 20 -
33,558

en ejercicio de los derechos que le corresponden de conformidad con el Contrato de Prenda -----------------------
----------------Cargo: Representante Legal. ------------------
----------------------------------------------------------------

*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA DE ASAMBLEA DE ACCIONISTAS DE EJECUTIVOS DE TURISMO SUSTENTABLE, S.A. DE C.V.]"* ----------------------------------
----------------------------------------------------------------
- ---------------------------------------------------------------
-----------------------**C L Á U S U L A S** ---------------------
- ---------------------------------------------------------------
--- **PRIMERA.-** Queda protocolizada el acta de las resoluciones unánimes adoptadas fuera de Asamblea por la totalidad de los Accionistas de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, transcrita en el antecedente cuarto de este instrumento para todos los efectos a que haya lugar. ---------------------------------------------------------
--- **SEGUNDA.-** Quedan removidos los miembros del Consejo de Administración de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. -------------------------------------------
- ---------------------------------------------------------------
--- **TERCERA.-** Queda nombrado el Administrador Único de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----
- ---------------------------------------------------------------
--- **CUARTA.-** Quedan revocados los poderes de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------
- ---------------------------------------------------------------
--- **QUINTA.-** Quedan otorgados los poderes de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 21 -
33,558



- --------------------------------------------------------

**YO EL NOTARIO CERTIFICO:** ----------------------------------

- --------------------------------------------------------

--- **I.-** Que conozco personalmente a la compareciente y que a mi juicio es capaz para este acto. --------------------------

- --------------------------------------------------------

--- **II.-** Que advertí a la compareciente que en virtud de no acreditarme la inscripción de **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** en el Registro Nacional de Inversiones Extranjeras, procederé a dar el aviso a que se refiere el artículo treinta y cuatro de la Ley de Inversión Extranjera. --------------------------------

- --------------------------------------------------------

--- **III.-** Que advertí a la compareciente de la conveniencia de notificar a los apoderados de la revocación consignada en el presente instrumento. ------------------------------------

- --------------------------------------------------------

--- **IV.-** Que advertí a la compareciente que en virtud de no proporcionarme los datos de los instrumentos en los que se otorgaron los poderes que se revocan, no procederé a dar el aviso a que se refiere el artículo ciento veinte de la Ley del Notariado para la Ciudad de México, liberándome la compareciente de cualquier responsabilidad al respecto. ------

- --------------------------------------------------------

--- **V.-** Que la compareciente declara bajo protesta de decir verdad, que **"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, presentará ante las Autoridades Fiscales la relación de socios residentes en el extranjero a que se refiere el artículo veintisiete del Código Fiscal de la Federación, toda vez que "LEISURE INVESTMENTS HOLDINGS, LLC" es residente fiscal en el extranjero y no cuenta con clave de Registro Federal de Contribuyentes en México por lo que le corresponde la clave genérica que es: "EXT990101NI1". -



- 22 -
33,558

- ------------------------------------------------------------

--- **VI.-** Que la compareciente declara que **"CIBANCO", SOCIEDAD
ANÓNIMA INSTITUCIÓN DE BANCA MÚLTIPLE,** como Fiduciario del
fideicomiso Irrevocable de Garantía número **CIB/2380 (C I B
Diagonal dos mil trescientos ochenta)** accionista de
**"EJECUTIVOS DE TURISMO SUSTENTABLE", SOCIEDAD ANÓNIMA DE
CAPITAL VARIABLE,** se encuentra inscrito en el Registro
Federal de Contribuyentes con la clave que se desprende de su
Constancia de Situación Fiscal, misma que agrego al apéndice
de este instrumento con el número **"DOS"**. ---------------------

- ------------------------------------------------------------

--- **VII.-** Que la compareciente declara por sus generales ser:
--- Mexicana, originaria de Tecpan de Galeana, Estado de
Guerrero, lugar donde nació el día catorce de septiembre de
mil novecientos setenta y tres, soltera, con domicilio en
Avenida Presidente Masaryk, número ciento uno, piso doce,
oficina mil doscientos uno "A", colonia Polanco Quinta
Sección, código postal número once mil quinientos sesenta,
abogada y con Clave Única de Registro de Población:
"SOPE730914MGRBRG04". -----------------------------------------

- ------------------------------------------------------------

--- **VIII.-** Que advertí a la compareciente de las penas en que
incurren quienes declaran falsamente ante notario. -----------

- ------------------------------------------------------------

--- **IX.-** Que tuve a la vista los documentos citados en este
instrumento. -------------------------------------------------

- ------------------------------------------------------------

--- **X.-** Que expliqué a la compareciente en forma amplia,
completa y sin tecnicismos, las consecuencias, alternativas y
los procedimientos relacionados con el contenido de este
instrumento, a fin de garantizar su autonomía, protección y
cuidado en la toma de decisiones relacionadas con su
patrimonio y relaciones familiares. --------------------------




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 23 -
33,558
- -------------------------------------------------------------
--- **XI.-** Que a solicitud de la compareciente leí y expliqué
este instrumento a la misma, una vez que le hice saber el
derecho que tiene de leerlo personalmente, manifestando la
otorgante su conformidad y comprensión plena y lo firmó,
imprimiendo además su huella digital en caso de considerarlo
conveniente, el día de su fecha, mismo momento en que la
autorizo definitivamente. --------------------------------- 
Doy fe. ----------------------------------------------------
Firma y huella digital de la señora Ma. Eugenia Soberanis
Pérez. -----------------------------------------------------
**Firma de Marco Antonio Vaca Vélez.** --------------------------
El sello de autorizar. -------------------------------------
LAS NOTAS COMPLEMENTARIAS DEL PRESENTE INSTRUMENTO SE
AGREGARÁN AL APÉNDICE DEL MISMO. ---------------------------
**Para cumplir con lo dispuesto por el artículo dos mil**
**quinientos cincuenta y cuatro del Código Civil vigente en la**
**Ciudad de México, a continuación se transcribe:** --------------
"**ART. 2554.-** En todos los poderes generales para pleitos y
cobranzas bastará que se diga que se otorga con todas las
facultades generales y las especiales que requieran cláusula
especial conforme a la ley, para que se entiendan conferidos
sin limitación alguna. -------------------------------------
En los poderes generales, para administrar bienes, bastará
expresar que se dan con ese carácter para que el apoderado
tenga toda clase de facultades administrativas. --------------
En los poderes generales, para ejercer actos de dominio
bastará que se den con ese carácter para que el apoderado
tenga todas las facultades de dueño, tanto en lo relativo a
los bienes, como para hacer toda clase de gestiones a fin de
defenderlos. -----------------------------------------------
Cuando se quisieren limitar, en los tres casos antes
mencionados, las facultades de los apoderados, se consignarán



- 24 -
33,558

las limitaciones, o los poderes serán especiales. ------------
Los notarios insertarán este artículo en los testimonios de
los poderes que otorguen". ----------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, EXPIDO **PRIMER** TESTIMONIO **PRIMERO** EN SU
ORDEN PARA CONSTANCIA DE **"EJECUTIVOS DE TURISMO SUSTENTABLE",**
**SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** COMO INTERESADA, EN
VEINTICUATRO PÁGINAS. -------------------------------------
EN LA CIUDAD DE MÉXICO, A VEINTIOCHO DE MARZO DE DOS MIL
VEINTICINCO. -----------------------------------------------
DOY FE. ----------------------------------------------------
AXPR.

**CÉDULA DE IDENTIFICACIÓN FISCAL**



Secretaría de Hacienda y Crédito Público | **SAT** SERVICIO DE ADMINISTRACIÓN TRIBUTARIA

№ 02



BNY080206UR9
Registro Federal de Contribuyentes

CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE
Nombre, denominación o razón social

idCIF: 14111142672
VALIDA TU INFORMACIÓN FISCAL

**CONSTANCIA DE SITUACIÓN FISCAL**

Lugar y Fecha de Emisión
**MIGUEL HIDALGO , CIUDAD DE MEXICO A 03 DE MARZO DE 2025**



BNY080206UR9

## Datos de Identificación del Contribuyente:

| | |
|---|---|
| RFC: | BNY080206UR9 |
| Denominación/Razón Social: | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| Régimen Capital: | SIN TIPO DE SOCIEDAD |
| Nombre Comercial: | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| Fecha inicio de operaciones: | 06 DE FEBRERO DE 2008 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 06 DE FEBRERO DE 2008 |

## Datos del domicilio registrado

| | |
|---|---|
| Código Postal:11560 | Tipo de Vialidad: CALZADA  (CALZ.) |
| Nombre de Vialidad: MARIANO ESCOBEDO | Número Exterior: 595 |
| Número Interior: | Nombre de la Colonia: POLANCO V SECCION |
| Nombre de la Localidad: MIGUEL HIDALGO | Nombre del Municipio o Demarcación Territorial: MIGUEL HIDALGO |
| Nombre de la Entidad Federativa: CIUDAD DE MEXICO | Entre Calle:  CAMPOS ELISEOS |
| Y Calle: RINCON DEL BOSQUE | |

## Actividades Económicas:

Página  [1] de [3]





**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de Mexico.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33558

████████████████████████████████████████████

| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|---|---|---|---|---|
| 1 | Banca múltiple o comercial | 100 | 06/02/2008 | |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---|---|---|
| Régimen General de Ley Personas Morales | 06/02/2008 | |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|---|---|---|---|
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 06/02/2008 | |
| Declaración informativa anual de ingresos en regímenes fiscales preferentes. Empresas multinacionales. Impuesto sobre la renta. | En el mes de febrero de cada año | 06/02/2008 | |
| Entero de retenciones mensuales de ISR por ingresos asimilados a salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 06/02/2008 | |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 06/02/2008 | |
| Informacion anual de operaciones realizadas con partes relacionadas residentes en el extranjero. | Conjuntamente con la declaración anual del ejercicio | 06/02/2008 | |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 01/04/2009 | |
| Entero de retenciones de ISR por intereses. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 19/02/2018 | |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |

**Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.**

**Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx**

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

**"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".**

**Cadena Original Sello:**  ||2025/03/03|BNY080206UR9|CONSTANCIA DE SITUACIÓN FISCAL|200001088888800000031||

**Sello Digital:**  murZIFJ0dyX8h08kVmZQdQM6AqkJkAk5mtJeeBAEsm993q/7YJinS7GG8YALuZDRmteaoIQWFm0Y8kFalRHa
Rk5jMqIyaoyUZ3iupx49aIEfVXbwTJBwWbL1VERLUoqLpVNpHJAdNlHnoRR4Gvi347ahHjdfNt7sNnU1B3EvGvU
=



 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33558

SIN TEXTO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
## TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby state as follows:

1. For purposes of these chapter 11 cases, the mailing address of Debtor Leisure Investments Holdings LLC ("**LIH**") and each of its subsidiaries is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2. Debtor LIH is wholly owned by TDC Leisure Holdings LLC ("**TDC Holdings**"), whose address is Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13 C.P. 77504, Cancun Quintana Roo México.

3. Debtor Triton Investments Holdings LLC ("**TIH**") is wholly owned by LIH.

4. Debtors MS Leisure Company and Icarus Investments Holdings LLC are wholly owned by TIH.

5. Debtor Ejecutivos de Turismo Sustentable, S.A. de C.V. is 1% owned by LIH and 99% owned by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows:  Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322).  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), Polanco Section V, Miguel Hidalgo, Zip Code 11560, Mexico City, Mexico ("**CIBanco**").[2]

6.      Debtor Dolphin Leisure, Inc. ("**Dolphin Leisure**") is wholly owned by Controladora Dolphin SA de CV.

7.      Debtors Marineland Leisure Inc., GWMP, LLC, Gulf World Marine Park, Inc., and The Dolphin Connection, Inc. are each wholly owned by Dolphin Leisure.

8.      Debtor Dolphin Capital Company, S. de R.L. de C.V. is .0004% owned by TDC Leisure Holdings LLC and 99.9996% owned by CIBanco, as trustee.

9.      Debtor Dolphin Austral Holdings, S.A. de C.V. is 99% owned by CIBanco, as trustee, and 1% owned by Eduardo Albor Villanueva, whose address is available upon request.

10.     Debtors Viajero Cibernético, S.A. de C.V., Aqua Tours, S.A. de C.V., and Promotora Garrafón, S.A. de C.V. are each 99.99% owned by CIBanco, as trustee, and 0.01% owned by Eduardo Albor Villanueva.

---

[2]    Ninety-nine percent or more of the equity interest in each entity organized under the laws of Mexico (each, an "**MX Entity**") is held by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), and one percent or less of the equity interest in each MX Entity is held by a second entity or individual. Mexican law does not permit its corporate entities to be wholly-owned and requires each entity have at least two equity holders.

**Fill in this information to identify the case:**

Debtor name  Ejecutivos de Turismo Sustentable, S.A. de C.V.

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  To be provided | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor _____    Case number *(if known)*_____
                        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  Ejecutivos de Turismo Sustentable, S.A. de C.V.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/31/2025
         MM / DD / YYYY

✗ /s/ Steven Robert Strom
Signature of individual signing on behalf of debtor

Steven Robert Strom
Printed name

Authorized Person
Position or relationship to debtor